UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DIVISION

In re:                                           Case Number: 23-50241-mar

Najam Syed                                       Chapter 11

    Debtor(s).                                HON. Mark A. Randon

_____/

## STATEMENT OF DEBTOR-IN-POSSESSION
## UNDER F.R.BANK.P. 9011
For the month of November 22-30, 2023

The Debtor-in-Possession states:

Attached is a <u>complete and accurate</u> (check appropriate lines).

    X Balance Sheet

    X Profit and Loss Statement

    X Cash Receipts and Disbursements Report

    X Status Report (Questionnaire)

    X Bank Statements As

Debtor-in-Possession, I affirm:

1. That the insurance, as described in section 5 of the Notice of Operating Instructions and Reporting Requirements, is in effect, and

2. That all post-petition taxes, as described in section 9 of the Notice of Operating Instructions and Reporting Requirements, are current.

3. No professional fees (accountant, attorneys, etc.) have been paid without specific court authorization. Explain below if not true.

This statements contained within have been completed on a X CASH _____ ACCRUAL BASIS.

    I understand that any false statement may subject me to sanctions as provided for in F.R.Bankr.P. 9011. These statements are due the 20th day following the end of the month and must be filed with the court.

| | |
|---|---|
| 1/18/2024 | /s/ Najam Syed |
| Date | , Debtor-in-Possession |

# BALANCE SHEET
## As of November 30, 2023
### ASSETS

|  | Current | Prior Month | At Filing |
|---|---|---|---|
| **CURRENT ASSETS:** | | | |
| Cash | $500.00 | N/A | $500.00 |
| Inventory | | | |
| Accounts Receivable (Net) | | | |
| Receivable from Officers, Employees, Etc | | | |
| Other Current Assets | | | |
| **TOTAL CURRENT ASSETS** | $_____ | $_____ | $_____ |
| **FIXED ASSETS:** | | | |
| Land | $1,289,600.00 | $_____ | $1,289,600 |
| Building | | | |
| Equipment, Furniture and Fixtures | $26,500.00 | | $26,500.00 |
| Less: Accumulated Depreciation | | | |
| **NET FIXED ASSETS** | $_____ | $_____ | $_____ |
| Other Fixed Assets | $24,072.20 | $_____ | $24,072.20 |
| **TOTAL ASSETS** | $1,340,672.23 | $_____ | $1,340,672.23 |

### LIABILITIES

|  | Current | Prior Month | At Filing |
|---|---|---|---|
| **POST PETITION LIABILITIES:** | | | |
| Accounts Payable | $_____ | $_____ | $_____ |
| Notes Payable | | | |
| Rents and Leases Payable | | | |
| Taxes Payable | | | |
| Accrued Interest | | | |
| Other:_____ | | | |
| Other:_____ | | | |
| **TOTAL POST PETITION** | $_____ | $_____ | $_____ |
| **PRE PETITION LIABILITIES:** | | | |
| Priority Claims | $216,000.00 | $_____ | $216,000.00 |
| Secured Debt | $1,292,728 | | $1,292,728 |
| Unsecured Debt | 3,829,602.80 | | 3,829,602.80 |
| **TOTAL PRE PETITION LIABILITIES** | $5,338,330.80 | $_____ | $5,338,330.80 |
| **TOTAL LIABILITIES** | $5,338,330.90 | $_____ | $5,338,330.90 |

### OWNER(S)' NET WORTH

|  | Current | Prior Month | At Filing |
|---|---|---|---|
| Capital Stock or Owners' Investment | $_____ | $_____ | $_____ |
| Retained Earnings: | $_____ | $_____ | $_____ |
| Pre-petition | $_____ | $_____ | $_____ |
| Post-petition | $_____ | $_____ | $_____ |
| **TOTAL OWNER(S)' NET WORTH** | $_____ | $_____ | $_____ |
| **TOTAL LIAB. AND NET WORTH** | -3,997,658.60 | $_____ | -3,997,658.60 |

Case Name: Najam Syed

# PROFIT AND LOSS STATEMENT
For the Period of November 22, 2023
To November 30, 2023

|  | Current | Total Since Filing |
|---|---|---|
| **PERSONAL RECEIPTS:** | | |
| 1. Wages, Personal Service Income | $ | $ |
| 2. Gifts | | |
| 3. Other (Itemize) | | |
| 4. Less: contributions to 401k accounts | | |
| **TOTAL INCOME**………………………………………….. | $ | $ |
| **PERSONAL DISBURSEMENTS:** | | |
| 1. Rent, House Payment(s) | $ | $ |
| 2. Groceries/ Restaurants | $886.31 | $886.31 |
| 3. Utilities | $807.79 | $807.79 |
| 4. Automobile Expense: | | |
|     Vehicle Payment $ | | |
|     Gas and Oil  $ | | |
|     Maintenance  $ | | |
| **TOTAL AUTOMOBILE EXPENSE**…………………….. | $ | $ |
| 5. Medical Expense | | |
| 6. Clothing | $1,120.67 | $1,120.67 |
| 7. Insurance (Not wage deducted) | | |
|     Auto  $ | | |
|     Heath  $ | | |
|     Life  $ | | |
|     Other  $ | | |
| **TOTAL INSURANCE**……………………………………… | $ | $ |
| 8. Personal Care | $562.45 | $562.45 |
| 9. Laundry and Cleaning | | |
| 10. Pest Control | $225.00 | $225.00 |
| 11. Recreation | | |
| 12. Child Care | | |
| 13. Alimony or Child Support (Not deducted from wages) | | |
| 14. Other Expenses (explain) Home care for dependent | $400.00 | $400.00 |
| 15. Other Expenses (explain) Charitable Contribution | $500.00 | $500.00 |
| **TOTAL MONTHLY EXPENDITURES**…………………. | $4,502.22 | $4,502.22 |
| **EXCESS INCOME OVER EXPENSES**………………… | $-4,502.22 | $-4,502.22 |

U.S. DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE
EASTERN DISTRICT OF MICHIGAN

Case Name: Najam Syed

Case Number: 23-50241-mar

## CASH RECEIPTS AND DISBURSEMENTS REPORT

FOR THE MONTH OF November 22-30, 2023

|  | DIP CHECKING ACCOUNT | CASH TRANSACTIONS | TOTAL |
|---|---|---|---|
| CASH ON HAND BEGINNING OF PERIOD | $4,762.23 | $500.00 | $5,262.23 |
| RECEIPTS DURING THE CURRENT PERIOD (see attached schedule) | $4,762.23 | $500.00 | $5,262.23 |
| BALANCE AVAILABLE | $$4,762.23 | $500.00 | $5,262.23 |
| DISBURSEMENTS DURING THE CURRENT PERIOD (see attached schedule) | $4,053.46 | $0.00 | $4,053.46 |
| TRANSFERS IN (OUT) | $0 | $0 | 0 |
| CASH ON HAND END OF PERIOD | $708.77 | $500.00 | $1,208.77 |

ATTENTION : Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers. This number will determine the amount of your quarterly fee. $ 4,053.46.

U.S. DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE
EASTERN DISTRICT OF MICHIGAN

Case Name: Najam Syed

Case Number: 23-50241-mar

## RECEIPTS LISTING

FOR THE MONTH OF November 30, 2023

Bank: Bank of America

Location: _____

Account Name: Najam K Syed MD and Yasmin Syed

Account Number: 8506

| DATE RECEIVED | DESCRIPTION[1] | AMOUNT |
|---|---|---|

(See Attached Bank Statement)

TOTAL ....................................................................................$)0.00
(Should agree with receipts on Cash & Disbursements Report)

---

[1] Receipts may be identified by major categories. It is not necessary to list each transaction separately by name and customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month. All receipts must be deposited in the DIP account.

U.S. DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE
EASTERN DISTRICT OF MICHIGAN

Case Name: Najam Syed

Case Number: 23-50241-mar

### DISBURSEMENTS LISTING[2]

FOR THE MONTH OF November 30, 2023

Bank: Bank of America

Location: _____

Account Name: Najam K Syed MD and Yasmin Syed

Account Number: 8506

| DATE DISBURSED | CHECK NO. | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|

(See Attached Bank Statement)

TOTAL ................................................................................$4,502.22
(Should agree with receipts on Cash & Disbursements Report)

---

[2] You must create a separate list for each bank account from which disbursements were made during the month.

U.S. DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE
EASTERN DISTRICT OF MICHIGAN

Case Name: Najam Syed

Case Number: 23-50241-mar

## QUESTIONNAIRE

1. Have you paid all your bills on time this month?  (X) YES  ( ) NO

   If not, please provide the necessary information in the space provided.

| DATE DUE | PAYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

2. What tax forms are you required to file? N/A

   Are they current?

3. Are you required to make estimated payments (1040 ES)?  ( ) YES  (X) NO

   If yes, are you current with payments?  (X) YES  ( ) NO

4. Are your real estate taxes paid through all current billings?  (X) YES  ( ) NO

5. Is all your insurance paid up-to-date?  (X) YES  ( ) NO

6. Did you have any unusual or significant unanticipated expenses this month?  ( ) YES  (X) NO

7. Do you have any bank accounts open other than the DIP?  (X) YES  ( ) NO

8. Have you sold any assets this month?  ( ) YES  (X) NO

9. Have you borrowed money from anyone this month?  ( ) YES  (X) NO

10. Have you paid bills you owed before you filed bankruptcy?  ( ) YES  (X) NO

11. Are you current with your quarterly fee payment to the U.S. Trustee?  (X) YES  ( ) NO

# BANK OF AMERICA  

P.O. Box 15284
Wilmington, DE 19850

AH 1209 0 170 984    14545 #@02 AV 0.498
NAJAM K SYED MD
YASMIN SYED

## BANK OF AMERICA
## Preferred Rewards
### Customer service information

- 1.888.888.RWDS (1.888.888.7937)
- En Español: 1.800.688.6086
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

# Your Regular Checking – Advantage Relationship Preferred Rewards Gold

for November 7, 2023 to December 5, 2023
NAJAM K SYED MD   YASMIN SYED

Account number: 8506

## Account summary

| | |
|---|---:|
| Beginning balance on November 7, 2023 | $1,593.05 |
| Deposits and other additions | 36,018.63 |
| Withdrawals and other subtractions | -19,787.52 |
| Checks | -11,248.63 |
| Service fees | -0.00 |
| Ending balance on December 5, 2023 | $6,575.53 |

---

**BANK OF AMERICA**
**Preferred Rewards**

### Your Preferred Rewards benefits may change

As a Preferred Rewards member, your relationship with Bank of America is important to us. That's why we're providing you with this update. You are currently not meeting the program requirements for your tier.

If you have any questions about how to meet the program requirements, please call us at 888.888.RWDS (888.888.7937) and press 2

SSM-01-23-2517.C | 5421454
PULL: B  CYCLE: 3  SPEC: 0  DELIVERY: P  TYPE:  IMAGE: J  BC: MI
PULL: B  CYCLE: 3  SPEC: 0  DELIVERY: P  TYPE:  IMAGE: J  BC: MI

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

23-50241-mar    Doc 30    Filed 01/18/24    Entered 01/18/24 13:09:14    Page 9 of 10

## Withdrawals and other subtractions – continued

| Date | Description | | Amount |
|---|---|---|---|
| 11/20/23 | CHECKCARD 1117 MONTAGE BIG SKY H 8887007748 MT | 5843 | -728.82 |
| 11/21/23 | CHECKCARD 1121 BARNES&NOBLE PAPE 8008432665 NY | 16051 | -40.06 |
| 11/21/23 | Zelle payment to Infinite Angels Conf# p5mccscwp | | -160.00 |
| 11/22/23 | CHECKCARD 1121 WWP*CJB PEST & MO 2488887727 MI | 59138 | -225.00 |
| 11/24/23 | CHECKCARD 1123 TIM HORTONS #9164 DEARBORN MI | 20967 | -14.01 |
| 11/24/23 | GAP US 1809 27 11/24 #000451712 PURCHASE GAP US 1809 27482 NOVI MI | | -88.91 |
| 11/24/23 | NORDSTROM DES:PAYMENT ID:043000093710386 INDN:SYED YASMIN CO ID:9044013368 TEL | | -1,000.00 |
| 11/27/23 | CHECKCARD 1124 Swarovski Twelve Novi MI | 7989062 | -204.28 |
| 11/27/23 | CHECKCARD 1124 THAI BASIL PLYMOU PLYMOUTH MI | 54163 | -47.93 |
| 11/27/23 | PURCHASE 1125 LaunchGood Inc. 8559991947 MI | | -319.16 |
| 11/27/23 | PURCHASE 1125 LaunchGood Inc. 8559991947 MI | | -275.00 |
| 11/27/23 | CHECKCARD 1125 SQ *SAAD MEATS CA Canton MI | 774059 | -25.99 |
| 11/28/23 | CHECKCARD 1128 RDL*bathandbodywo 6144157000 OH 1 | 136 | -162.45 |
| 11/28/23 | CHECKCARD 1126 VEGAMOUR 2133255112 CA | 919 | -113.69 |
| 11/28/23 | Zelle payment to Infinite Angels Conf# mf6535203 | | -400.00 |
| 11/28/23 | MUSLIM COMMUNITY DES:ACH ID:419-290-6785 INDN:NAJAM SYED CO ID:5330903620 PPD | | -500.00 |
| 11/29/23 | DTE ENERGY Bill Payment | | -408.83 |
| 11/29/23 | COMCAST - CANTON Bill Payment | | -398.96 |
| 11/30/23 | CHECKCARD 1129 GAP ONLINE 8004277895 OH | 1596 | -31.76 |
| 12/01/23 | PURCHASE 1130 Amazon.com*4N1108 Amzn.com/billWA | | -25.43 |
| 12/01/23 | CHECKCARD 1130 CONTINENTAL SERVI WAYNE MI 5 | 101283 | -2.15 |
| 12/01/23 | CHECKCARD 1130 CONTINENTAL SERVI WAYNE MI | 91 | -2.15 |
| 12/04/23 | ICNA RELIEF USA DES:7186587028 ID:M120144650671 INDN:NAJAM SYED CO ID:1911718107 WEB | | -100.00 |
| 12/05/23 | ISLAMIC RELIEF U DES:ISLAMIC RE ID:18348547 INDN:NAJAM SYED CO ID:1541507947 PPD | | -108.00 |

**Total withdrawals and other subtractions** -$19,787.52

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 11/15/23 | 5832 | -270.00 | 11/28/23 | 5834 | -325.00 |
| 11/24/23 | 5833 | -135.00 | 11/10/23 | 6306* | -10,518.63 |
| | | | **Total checks** | | **-$11,248.63** |
| | | | **Total # of checks** | | **4** |

* There is a gap in sequential check numbers

23-50241-mar    Doc 30    Filed 01/18/24    Entered 01/18/24 13:09:14    Page 10 of 10